NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN WARKE,                                )
                                           )
        Appellant,                  )
                                           )
v.                                         )     Case No. 2D16-5276
                                           )
LENNAR HOMES, LLC; PARADISE                )
PALMS REALTY, LLC; CHARLES H.              )
VALESTON; and STEVEN ADKINS,               )
                                           )
        Appellees.                  )
_____)

Opinion filed February 16, 2018.

Appeal from the Circuit Court for Polk
County; John Radabaugh, Judge.

John Warke, pro se.

C. David Harper, Adam R. Alaee, and Evan
M. Malloy of Foley & Lardner, LLP, Tampa,
for Appellee Lennar Homes, LLC.

No appearance for remaining Appellees.

PER CURIAM.

        Affirmed.

KELLY, KHOUZAM, and CRENSHAW, JJ., Concur.